

-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TYRONE PRESCOTT, 05B0893,

    Petitioner,

  -v-

SUPERINTENDENT P. HEATH,

    Respondent.

DECISION AND ORDER
11-CV-6038P

---

Petitioner Tyrone Prescott, acting *pro se*, a prisoner housed at Sing Sing Correctional Facility, seeks relief pursuant to 28 U.S.C. § 2254, alleging that his conviction in Erie County Supreme Court, State of New York, was unconstitutionally obtained, as set forth more precisely in the amended petition (Docket No. 6).

IT HEREBY IS ORDERED as follows:

**1.** Respondent shall file and serve an **answer** to the amended petition, in accordance with Rules 4 and 5 of the Rules Governing Section 2254 Cases in the United States District Courts, no later than **June 27, 2011**. Further, the answer shall state whether a trial or any pre-trial or post-trial evidentiary proceeding was conducted. If any such proceeding was conducted, under the authority of Rule 4, the Court hereby directs respondent to provide to the Court the transcript of the proceeding, together with any record(s) of, and documents relating to, such proceeding, and such documents will be filed in the official record of this case.

Respondent also shall file and serve by the above date a **memorandum of law** addressing each of the issues raised in the amended petition and including citations of relevant supporting authority.

Within thirty (30) days of the date this order is served upon the custodian of the records, the Clerk of Court or any other official having custody of the records of the proceedings in the Court at issue now before this Court shall submit such records to respondent or the respondent's duly authorized representative.

If petitioner appealed from the judgment of conviction or from an adverse judgment or order in a post-conviction proceeding, under the authority of Rule 4, the Court hereby directs respondent to provide to the Court a copy of the briefs and record on appeal and the opinions of the appellate courts, if any, and such documents will be filed in the official record of this case.

Petitioner shall have thirty (30) days upon receipt of the answer to file a written response to the answer and memorandum of law.

Within thirty (30) days of the date this order is filed with the Clerk of Court, respondent may file a motion for a more definite statement or a motion to dismiss the amended petition, accompanied by appropriate exhibits which demonstrate that an answer to the amended petition is unnecessary. The timely filing of such motion shall extend the time for filing an answer for fourteen (14) days, but the failure of the Court to act upon the motion within that time shall not further extend the time for filing an answer.

2.  The Clerk of Court shall serve a copy of the amended petition (Docket No. 6), together with a copy of this Order, by certified mail, upon respondent Superintendent

of Sing Sing Correctional Facility and upon the Office of the New York State Attorney General, Federal Habeas Unit, 120 Broadway, 12th Floor, New York, New York 10271-0332. To advise appropriate County officials of the pendency of this proceeding, the Clerk of Court shall also mail a copy of this Order to the District Attorney of Erie County.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENT.**

SO ORDERED.

Dated: _May 13_, 2011
Rochester, New York

_____
CHARLES J. SIRAGUSA
United States District Judge